IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DALE BANKS, #136966, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:13cv-021-WHA |
| ) | |
| KENNETH JONES, ) | (WO) |
| ) | |
| Defendant. ) | |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #26), entered on October 30, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendant's Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the Defendant.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the Plaintiff.

DONE this 1st day of December, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE